HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL CARVINGS, LLC, a Kentucky limited liability company; CLIFFORD NAIMAN, an individual,<br><br>Defendants. | Case No. 2:16-cv-00122-MJP<br><br>FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CRYSTAL CARVINGS, LLC AND CLIFFORD NAIMAN |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

**FINDINGS AND CONCLUSIONS**

1. This is an action for copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq*. In the Complaint, Plaintiff The Pokémon Company International, Inc. ("TPCi") sought, among other relief, injunctive relief under 17 U.S.C. § 502.

2. The Court has original subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338. Venue is proper in this Court under 28 U.S.C. § 1391(b).

3. The Complaint alleges, in part, that Defendants Clifford Naiman and his entity Crystal Carvings, LLC ("Defendants"), copied, reproduced, displayed and distributed TPCi's copyrighted Pokémon works without authorization, thereby infringing TPCi's copyrighted works.

[PROPOSED] FINAL JUDGMENT AND
PERMANENT INJUNCTION
(Case No. 2:16-cv-00122-MJP) – 1

**focal** PLLC
900 1st Ave. S., Suite 203
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**FINAL JUDGMENT**

Judgment is entered in favor of TPCi and against Defendants.

**INJUNCTION**

1. For the purposes of this Permanent Injunction, the following definitions apply:

   (a) "Copyrighted Work" shall mean any work, or portion thereof, whether now in existence or later created, in which TPCi, or a parent, subsidiary or affiliate of TPCi owns or controls a valid and subsisting exclusive right under the Copyright Act, 17 U.S.C. § 101 *et seq.*

   (b) "Infringing Work" shall mean any unauthorized scan, copy, reproduction, counterfeit, derivative work or other colorable imitation of the Copyrighted Works or any part thereof. "Infringing Works" include "Poké Balls," as defined below.

   (c) "Poké Ball" refers to a glass or other transparent sphere manufactured and sold by Defendants or at their direction, which contains a reproduction or manifestation of a Pokémon character or images, including but not limited to the Pokémon Poké Ball and the Pokémon characters Pikachu, Charizard, Dragonite, Scyther, Mewtwo, Arcanine, Gengar, Eevee, Mew, Blastoise, Squirtle, Bulbasaur, and Charmander.

   (d) "Days" means calendar days, unless otherwise specified.

2. Defendants and their agents, servants, employees, assigns, and all those in active concert or participation with any of them ("Enjoined Parties"), who receive actual notice of this Permanent Injunction by personal service or otherwise, are ORDERED and ENJOINED as follows:

   (a) Effective immediately upon the entry of this Permanent Injunction, the Enjoined Parties are permanently enjoined from infringing the Copyrighted Works, either directly or contributorily, including generally but not limited to, by copying, reproducing, displaying, promoting, marketing, advertising, offering for sale or otherwise disposing of or distributing any Infringing Work.

   (b) Effective immediately upon entry of this Permanent Injunction, the

[PROPOSED] FINAL JUDGMENT AND
PERMANENT INJUNCTION
(Case No. 2:16-cv-00122-MJP) – 2

**focal PLLC**
900 1st Ave. S., Suite 203
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Enjoined Parties shall cease any and all distribution, marketing, advertising, or other promotional activity with respect to any Infringing Work.

      (c)     Effective immediately upon the entry of this Permanent Injunction, the Enjoined Parties are permanently enjoined from inducing, aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon any Copyrighted Work.

      (d)     Within seven (7) days of the entry of this Permanent Injunction, Defendants shall remove all advertisements or online promotion for any Infringing Works.

      (e)     Within thirty (30) days of the entry of this Permanent Injunction, Defendants shall destroy each and every piece of Infringing Work that is in their possession or control.

      (f)     Within thirty (30) days of the entry of this Permanent Injunction, Defendants shall provide an affidavit to TPCi, signed under penalty of perjury, certifying that they have complied with the removal and destruction of the Infringing Works as ordered herein.

3. If TPCi believes that Defendants have violated any provision of this Permanent Injunction, TPCi will provide Defendants with written notice of the alleged violation and Defendants will have five (5) business days after receipt of the notice to cure the alleged violation. If the alleged violation is not cured by the expiration of this 5-day period, TPCi may pursue any and all actions and relief in connection with the alleged violation.

**BINDING EFFECT**

IT IS FURTHER ORDERED that this Permanent Injunction shall be binding upon and inure to the benefit of the parties and all successors, assigns, parent entities, subsidiaries, officers, directors, members, shareholders, distributors, agents, affiliates, and all other persons who are in active concert or participation with anyone described herein, who receive actual notice of this Permanent Injunction by personal service or otherwise.

//

//

//

[PROPOSED] FINAL JUDGMENT AND
PERMANENT INJUNCTION
(Case No. 2:16-cv-00122-MJP) – 3

**focal** PLLC
900 1st Ave. S., Suite 203
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**RETENTION OF JURISDICTION**

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this action for purposes of construing, modifying, and enforcing this Permanent Injunction.

IT IS SO ORDERED.

DATED this 8th day of April, 2016.

_____
Marsha J. Pechman
United States District Judge

[PROPOSED] FINAL JUDGMENT AND
PERMANENT INJUNCTION
(Case No. 2:16-cv-00122-MJP) – 4

**focal** PLLC
900 1st Ave. S., Suite 203
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966